**TOYOTA MOTOR SALES, U.S.A., INC., Plaintiff,**

v.

**UNITED STATES, Defendant,**

and

**Nacco Materials Handling Group, Inc., Independent Lift Truck Builders Union, International Association of Machinists and Aerospace Workers, International Union, Allied Industrial Workers of America (AFL–CIO), & United Shop and Service Employees, Defendant–Intervenors.**

Slip Op. 97–98.
Court No. 94–02–00106.

United States Court of
International Trade.

July 15, 1997.

### JUDGMENT ORDER

CARMAN, Chief Judge.

On June 14, 1996, this Court remanded to the Department of Commerce several issues arising from plaintiff's challenge to the administrative review covering the period between June 1, 1989 and May 31, 1990, of an antidumping order on certain internal-combustion, industrial forklift trucks from Japan. *See Toyota Motor Sales, U.S.A., Inc. v. United States*, 930 F.Supp. 636 (CIT 1996). In compliance with this Court's remand order, the Department of Commerce filed its remand results on October 9, 1996. *See Final Results of Redetermination Pursuant to Court Remand: Toyota Motor Sales, U.S.A., Inc. v. United States, 930 F.Supp. 636 (CIT 1996)* (date stamped Oct. 9, 1996)("*Redetermination*").

Observing that plaintiff has submitted comments requesting this Court uphold Commerce's *Redetermination,* and noting

that defendant and defendant-intervenor have not filed comments on the *Redetermination,* it is hereby

**ORDERED** that the Department of Commerce's *Redetermination* is affirmed.